## WARNER and others *against* RACEY.

The    bond     IN ERROR, on *certiorari* to a Justice's Court.
taken from a
constable, with    *Racey* sued the plaintiffs in error before a Justice, on a
sureties, under  bond given by *Warner*, as constable, and *M'Kinney* and
the act, (2 *N*.
*R. L.* 126.  *Sturges*, the other plaintiffs in error, as his sureties.  The
sess.36.ch. 35.)  defendants below pleaded the general issue.   On the trial,
should be made
to the *people of*  the plaintiff below proved that an execution had been deli-
*the state of*  vered to *Warner*, as constable, which he had neglected to
*New-York*.
Though a      return, for upwards of thirty days.  He then proved the exe-
constable ne-  cution of the bond by all the defendants below, " to the people
glects to return
an    execution  of *Niagara* county," conditioned for the payment of " all
for above *thir-*  of money which shall come into the said *Warner's*
*ty days*, it is no
breach of the  sums of money which shall come into the said *Warner's*
condition of a  hands for collection by way of execution."  The bond, as
bond,    taken
pursuant to the  directed to be taken by the statute, (2 *N. R. L.* 126. sess.
statute, unless
money    has  36. ch. 35.) is, " to pay to each and every person such sum
come   to  his  of money as the said constable shall become liable to pay,
hands, on ac-
count of such  for or on account of any execution which shall be delivered
execution,
which he has  to such constable for collection."   It was proved that, in
neglected    or
refused to pay  fact, no money was collected on the execution; but that
over.          the constable took the body of the debtor, &c.   But the
jury found a verdict for the plaintiff below, on which the
Justice gave judgment.

*Per Curiam.* The bond is not according to the statute; and if it were, there is no evidence of any breach, *for no money has come to the hands of the constable,* &c. Though the statute is silent in that particular, yet we think the bond should be made *to the people of the state of New-York.* The judgment must be reversed.